| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:08-CR-146 |
| | § | |
| ELTON MIMS, JR. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties have not filed objections to the report. The defendant waived his right to allocute and appear before sentence is imposed. The Court ORDERS that the findings of fact and recommendation on plea of true (#54) are ADOPTED. The Court REVOKES the defendant's term of supervision. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a term of twenty-one (21) months imprisonment to run consecutively to the term of imprisonment imposed in case number 1:12-CR-115. No additional supervised release is imposed.

SIGNED at Beaumont, Texas, this 13th day of January, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE